UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RON KIRK THOMPSON (#111262)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 11-533-BAJ-SCR

**RULING**

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Louisiana Department of Public Safety and Corrections Secretary James M. LeBlanc, Warden, N. Burl Cain, Warden Cathy Fontenot, Donald Cavalier, Ernest Williams, Susan Fairchild, Lisa Rabalais and Warden Tim Delaney. Plaintiff alleged that the defendants have retaliated against him and refused to assist him in securing release to a half-way house in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

A review of the record showed that the plaintiff failed to pay the filing fee.

Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2011.


*[signature]*
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA